# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO VERDIA VASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OCEANSIDE;<br>COUNTY OF SAN DIEGO;<br>OFFICER GUNZEL;<br>OFFICER KALDENBACH;<br>OFFICER TED WEISE;<br>DETECTIVE OLSEN;<br>OFFICER CHRISTOPHER<br>MORALES; and UNKNOWN LAW-<br>ENFORCEMENT OFFICERS,<br><br>　　　　　Defendants. | No. 22-cv-1060-CAB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Doc. No. 15]** |

/ / /

/ / /

/ / /

/ / /

[Proposed] Order Granting Joint　　　　　　　　　　　　　　No. 22-cv-1060-CAB-KSC
Motion to Dismiss

1 | Having considered the Joint Motion to Dismiss, and with good cause, the
2 | Court hereby **GRANTS** the joint motion. Plaintiff's claims and causes of action
3 | against all Defendants are hereby **DISMISSED**, pursuant to Federal Rule of Civil
4 | Procedure 41(a)(1)(A)(ii), with all parties to bear their own costs and attorney fees.
5 | All other pending motions are **DENIED AS MOOT**. The Clerk of Court
6 | shall **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: October 31, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge